Decided November 29, 2006

## SUFFIELD DEVELOPMENT ASSOCIATES LIMITED PARTNERSHIP *v.* NATIONAL LOAN INVESTORS, L.P., ET AL.

The plaintiff's cross petition for certification for appeal from the Appellate Court, 97 Conn. App. 541 (AC 26450), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this cross petition.

*Kerry M. Wisser* and *Nathan A. Schatz*, in support of the cross petition.

*Barbara A. Frederick*, in opposition.